IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

YASER MALEKZADEH,

      Petitioner,

v.                                                                                    No. 26-cv-00256-DHU-SCY

WARDEN CASTRO, Otero County Processing Center,
MARY DE ANDA-YBARRA, Field Officer Director of
Enforcement and Removal Operations, El Paso
Field Office, Immigration and Customs
Enforcement; TODD LYONS, Acting Director
Immigration and Customs Enforcement;
KRISTI NOEM, Secretary, U.S. Department
Of Homeland Security; AND PAMELA BONDI,
U.S. Attorney General,

      Respondents.

## **FINAL JUDGMENT**

THIS MATTER is before the Court on the Order Granting in Part Petitioner Yaser Malekzadeh's Petition for Writ of Habeas Corpus ("Petition"). Doc. 7. On March 20, 2026, the Court **GRANTED** the Petition **IN PART**, ordering Respondents to provide Petitioner with a bond hearing before an Immigration Judge ("IJ") pursuant to 8 U.S.C. § 1226(a) within seven (7) days, which was on or before Friday, March 27, 2026. *Id.* at 4. The Court also directed the parties to file a Joint Status Report no later than Monday, March 30, 2026, confirming whether a bond hearing was held and the result of the hearing. *Id.*

According to separate status reports submitted by Petitioner and Respondents, a bond hearing was held on March 23 or 24, 2026, and bond was denied. Doc. 9 at 1; Doc. 10 at 1. The Court ordered Respondents to produce a digital audio recording ("DAR") of the bond hearing in order to evaluate Petitioner's claims regarding this first bond hearing. Doc. 11. However, the Government was unable to produce such a recording because the audio recording device was not turned on by the Immigration Judge. Doc. 12. Accordingly, to ensure protection of Petitioner's

due process rights, the Court ordered a new bond hearing. Doc. 13.

On April 27, 2026, the parties again submitted separate status reports, both confirming that an additional bond hearing was held on April 21 or 22, 2026, and that at that hearing, bond was once again denied. Doc. 14 at 1; Doc. 15 at 1. While Petitioner contended that he did not receive a fair hearing, the Court denied additional relief after reviewing the DAR from the second bond hearing. Doc. 17.

Pursuant to FED. R. CIV. P. 58(a), the Court will now issue its final judgment disposing of the case. **IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Yaser Malekzadeh's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1) is **GRANTED IN PART**; and the Clerk's Office may close this civil habeas case.

**IT IS SO ORDERED.**

_____

HONORABLE DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE

2